**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CRAIG SKIPPER,** | **:** | |
| **Petitioner,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 09-0324-CG-B** |
| **GARY HETZEL,** | **:** | |
| **Respondent.** | **:** | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the respondent's motion to transfer is hereby **GRANTED,** and that this action be transferred to the Middle District of Alabama for further proceedings**.**

**DONE and ORDERED** this 8th day of September, 2009.

_____
/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE